VICTORIA JULIEN and ARTHUR JULIEN, Appellants, v. ELSIE MERDINIAN and MAX LANGBAUM, Respondents.— Action against the owners of two automobiles to recover damages for personal injuries alleged to have been sustained when the automobile in which plaintiffs were guest passengers collided with another automobile. Plaintiffs appeal from a judgment entered on the verdict of the jury in favor of both defendants. Judgment unanimously affirmed, with costs. The appeal is also from the order denying plaintiffs' motion to set the verdict aside and for a new trial upon all the grounds set forth in section 549 of the Civil Practice Act, except inadequacy. Order affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

HELEN F. MOLONEY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Action for negligence. The plaintiff was injured by a fall on an icy sidewalk. The verdict was for the defendant. A motion to set aside the verdict was denied by the trial justice. Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

ALBERT POHL, Appellant, v. TULLER CONSTRUCTION COMPANY, Respondent.— Action to recover damages for injuries sustained as result of an accident wherein plaintiff's automobile collided with a stone or stones on a highway. The proof warranted an inference that a beacon constructed and maintained by defendant during its construction of a bridge had been destroyed. Judgment for defendant, and order denying plaintiff's motion to set aside the verdict, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.